## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **SARAI BENITEZ,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | NO.   MO:23-CV-0071 |
| | § | |
| **ALLSTATE VEHICLE AND PROPERTY** | § | |
| **INSURANCE COMPANY,** | § | |
| *Defendant***.** | § | |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a) and the Parties' Agreed Motion for Dismissal with Prejudice (Doc. 6) filed January 17, 2024.

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 18th day of January, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE